■ In the Matter of TYLER Y., a Person Alleged to be a Juvenile Delinquent, Appellant. [64 NYS3d 529]—

Order of disposition, Family Court, New York County, (Stewart H. Weinstein, J.), entered on or about February 4, 2016, which adjudicated appellant a juvenile delinquent upon a fact-finding determination that he committed an act that, if committed by an adult, would constitute the crime of assault in the third degree, and placed him on probation for 12 months, unanimously reversed, as an exercise of discretion in the interest of justice, without costs, the delinquency finding and dispositional order vacated, and the matter remanded to Family Court with the direction to order an adjournment in contemplation of dismissal nunc pro tunc to February 4, 2016.

Although we find appellant's challenges to the sufficiency and weight of the evidence unavailing, we conclude that an adjournment in contemplation of dismissal would have been

the least restrictive dispositional alternative consistent with appellant's needs and the community's need for protection (*see Matter of Katherine W.*, 62 NY2d 947 [1984]), and we exercise our interest of justice jurisdiction accordingly. Concur—Manzanet-Daniels, J.P., Mazzarelli, Kapnick and Webber, JJ.